No. 81–5888.  MADISON v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.  Ct. Crim. App. Tex.  Certiorari denied.

No. 81–5892.  HALE v. ILLINOIS.  App. Ct. Ill., 5th Dist. Certiorari denied.

No. 81–5893.  EHL v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 81–5895.  GARCIA v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 81–5896.  COOPER v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 81–5898.  VARGAS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 81–5901.  OWENS v. ZIMMERMAN.  C. A. 3d Cir. Certiorari denied.

No. 81–5902.  VASQUEZ v. NEW YORK.  Sup. Ct. N. Y., Bronx County.  Certiorari denied.

No. 81–5903.  REESE v. BYRNE ET AL.  C. A. 5th Cir. Certiorari denied.

No. 81–5904.  MITCHELL v. BOLTON ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 81–5905.  LOWE v. NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES.  C. A. 2d Cir.  Certiorari denied.

No. 81–5906.  TOUGHILL ET AL. v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.